

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00399-CV

| | | |
|---|---|---|
| Columbia Medical Center of Denton Subsidiary, LP; Columbia Medical Center of Denton Subsidiary, LP d/b/a Denton Regional Medical Center; Columbia North Texas Subsidiary GP, LLC; and Denton Regional Medical Center | § | From the 16th District Court |
| | § | of Denton County (2013-10412-16) |
| | § | May 22, 2014 |
| v. | | |
| Wanda Braudrick | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Columbia Medical Center of Denton Subsidiary, LP; Columbia Medical Center of Denton Subsidiary, LP d/b/a Denton Regional Medical Center; Columbia North Texas Subsidiary GP, LLC; and

Denton Regional Medical Center shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

/s/ Anne Gardner
By _____
Justice Anne Gardner